PLYMOUTH MINING COMPANY *v.* CITY OF WAKEFIELD.

This case is controlled by *Sunday Lake Iron Co.* v. *City of Wakefield,* *ante,* 497.

Appeal from Gogebic; Brennan (Leo J.), J., presiding. Submitted October 14, 1948. (Docket No. 50; Calendar No. 44,197.) Decided January 13, 1949.

Bill by Plymouth Mining Company, a Michigan corporation, against City of Wakefield, a municipal corporation, and others to enjoin collection of tax. Decree for defendants. Plaintiff appeals. Affirmed.

*E. W. Massie,* for plaintiff.

*Robert A. Burns* (*Wm. G. Cloon,* of counsel), for defendants City of Wakefield and Wakefield Township School District.

*Eugene F. Black,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Elbern Parsons,* Chief Assistant Attorney General, for defendant Auditor General.

BOYLES, J. This case is companion to *Sunday Lake Iron Co.* v. *City of Wakefield, ante,* 497. Both cases were heard together, appealed on the same record and briefs, involve the same questions of law, and decision in the *Sunday Lake Iron Company Case* is controlling herein. The decree dismissing the bill of complaint in the instant case on the ground that plaintiff had an adequate remedy at law is affirmed, with costs.

SHARPE, C. J., and BUSHNELL, REID, NORTH, BUTZEL, and CARR, JJ., concurred.

DETHMERS, J., did not sit.